CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRY WOODS, | Civil Action No. 7:13cv00321 |
| Petitioner, | |
| v. | **FINAL ORDER** |
| WARDEN ZYCH *et al.*, | |
| Respondents. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Woods's petition for writ of habeas corpus pursuant to § 2241 is **DISMISSED** and this action is **STRICKEN** from the active docket.

Further, finding that Woods has failed to make the requisite showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.

The clerk is **DIRECTED** to send petitioner a certified copy of this Order and the accompanying Memorandum Opinion.

**Enter:** July 22, 2013

_____
UNITED STATES DISTRICT JUDGE